AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America<br>v.<br>JOSE ADALID FLORES,<br>a.k.a. Jose Adalid Flores-Damas<br>*Defendant* | )<br>)<br>) Case No. 6:23-cr-10053-EFM<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSE ADALID FLORES, a.k.a. Jose Adalid Flores-Damas,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Unlawful reentry after deportation. See attached indictment for additional charges.

Date: 05/17/2023

s/ M. McGivern
*Issuing officer's signature*

City and state: Wichita, Kansas

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/17/2023, and the person was arrested on *(date)* 05/19/2023
at *(city and state)* Wichita, Kansas.

Date: 05/19/2023

V. Keith Lane
*Arresting officer's signature*

V. Keith Lane DUSM
*Printed name and title*

**RECEIVED**
By US Marshal Service at 9:10 am, May 17, 2023